# EXHIBIT A

```
PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
CIS
```

# First Class

**URGENT NOTICE**

PERSONAL

DATED MATERIAL

Dept 545    5297127911052
PO Box 4115
Concord, CA 94524

ADDRESS SERVICE REQUESTED

#BWNFTZF #GLA5297127911052#

GENO ARNESON
2666 MARION ST
LAKE STATION IN 46405-2152

DEBT COLLECTION PRACTICES ACT SEE